UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

Chapter 13
Case No. 10-10369-EEB

Charles D. Madnikoff,

Debtor.

---

MOTION TO DISMISS CHAPTER 13 CASE

---

Pursuant to 11 U.S.C. § 1307(b), Debtor Charles Madnikoff, through undersigned counsel, Webb & Schtul, LLC, hereby requests that this Court dismiss his Chapter 13 Bankruptcy case.

Pursuant to 11 U.S.C. § 1307(b), Debtor has an absolute right to dismiss his case if the case has not been previously converted. This case has not been previously converted.

Debtor requests an Order of Dismissal.

DATED this 3rd day of May, 2010

WEBB & SCHTUL, LLC

By: /s/ Jonathan P. Shultz
Joseph G. Webb, #21425
Marc H. Schtul, #21411
Jonathan P. Shultz, #40630
925 S. Niagara St., Ste. 290
Denver, CO 80224-1682
Telephone: 303-645-4699
Facsimile: 303-942-3682
e-mail: Joe@webbschtul.com
e-mail: Marc@webbschtul.com
e-mail: Jonathan@webbschtul.com