# UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re: CHARLES D MADNIKOFF | Case No.: 10-10369 SBB

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sally J. Zeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/11/2010.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 05/04/2010.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 9.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | | |
|---|---|---|---|
| Total paid by or on behalf of the debtor: | $.00 | | |
| Less amount refunded to debtor: | $.00 | | |
| **NET RECEIPTS:** | | $.00 | |

**Expenses of Administration:**

| | | | |
|---|---|---|---|
| Attorney's Fees Paid Through The Plan: | | $.00 | |
| Court Costs: | | $.00 | |
| Trustee Expenses and Compensation: | | $.00 | |
| Other: | | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | | $.00 |
| Attorney fees paid and disclosed by debtor: | $3,000.00 | | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT | Secured | 37,539.00 | NA | NA | .00 | .00 |
| CAP ONE | Unsecured | 1,105.00 | NA | NA | .00 | .00 |
| CAR TOYS | Unsecured | 90,000.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SERV | Unsecured | 2,326.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | Unsecured | 9,304.00 | NA | NA | .00 | .00 |
| CORNWELL QUALITY TOOLS | Unsecured | 11,527.00 | NA | NA | .00 | .00 |
| CTZ COMM FED | Secured | 3,577.00 | NA | NA | .00 | .00 |
| DEPT OF ED/SALLIE MAE | Unsecured | 2,291.00 | NA | NA | .00 | .00 |
| DEPT OF ED/SALLIE MAE | Unsecured | 2,174.00 | NA | NA | .00 | .00 |
| DEPT OF ED/SALLIE MAE | Unsecured | 977.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 789.00 | NA | NA | .00 | .00 |
| HOME LOAN SERVICES INC | Secured | 282,525.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re: CHARLES D MADNIKOFF | Case No.: 10-10369 SBB

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HOME LOAN SERVICES INC | Unsecured | 68,806.00 | NA | NA | .00 | .00 |
| HSBC BANK | Unsecured | 685.00 | NA | NA | .00 | .00 |
| KEYSTONE AUTOMOTIVE | Unsecured | 27,000.00 | NA | NA | .00 | .00 |
| PUBLIC SER | Secured | 35,266.00 | NA | NA | .00 | .00 |
| PUBLIC SER | Secured | 3,867.00 | NA | NA | .00 | .00 |
| PUBLIC SER | Secured | 6,767.00 | NA | NA | .00 | .00 |
| PUBLIC SER | Unsecured | 878.00 | NA | NA | .00 | .00 |
| RAPID ADVANCE | Unsecured | 60,000.00 | NA | NA | .00 | .00 |
| SALLIE MAE | Unsecured | 8,386.00 | NA | NA | .00 | .00 |
| THE BEST SERVICE CO/CA | Unsecured | 794.00 | NA | NA | .00 | .00 |
| TNB - TARGET | Unsecured | 411.00 | NA | NA | .00 | .00 |
| TRANSAMERICA AUTO PARTS | Unsecured | 70,000.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENIX | Unsecured | 934.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | Unsecured | 387.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re: CHARLES D MADNIKOFF

Debtor(s)

Case No.: 10-10369 SBB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| YELLOW BOOK SALES & DISTRI | Unsecured | 12,000.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/04/2010

By: /s/Sally J. Zeman
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.